UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ABDUL AL-SHIMARY,**<br><br>Plaintiff,<br><br>v.<br><br>**ADRIAN DIRSCHELL, ET AL.**,<br><br>Defendants. | 2:21-CV-12269-TGB-JJCG<br><br>HON. TERRENCE G. BERG<br>HON. JONATHAN J. C. GREY |

# JUDGMENT

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Elizabeth A. Stafford's Report and Recommendation of June 16, 2023 (ECF No. 35) and **GRANTING** Defendant Dirschell's Motion for Summary Judgment, (ECF No. 28), judgment is entered in favor of Defendant and it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan: August 22, 2023

        KINIKIA ESSEX
        CLERK OF THE COURT
        s/A. Chubb
        Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE